TONI H. CARBONE (SBN 210119)
ATTORNEY AT LAW
1230 High Street, Suite 220
Auburn, CA. 95603
(530) 885-6244
Fax (530) 885-8245

Attorney for Defendant
HOA TASHA KELLY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-CR-422 WBS |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER |
| v. | |
| TASHA HOA KELLY AND TEONA WILLIAMS, | |
| Defendants. | |

Defendants Tasha Hoa Kelly, through her counsel Toni Carbone, and Teona William, through her counsel Robert Holley, hereby stipulate the following:

1. Status Conference in this matter is presently set for February 28, 2011. Counsel for the Ms. Kelly and Ms. William and Government request that the date for status be continued to April 4, 2011 at 8:30am due to ongoing settlement negotiations as to Hoa Tasha Kelly and Teona William.

2. Counsel for Hoa Tasha Kelly and Teona William agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation, specifically the parties are working towards a resolution) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, April 4, 2011 .

1

1  //
2  //
3  //
4  //

5      3.   Defendant Hoa Tasha Kelly, through her counsel Toni Carbone, and Teona William, through her counsel, Robert Holley, agree to continue the status conference to April 4, 2011 at 8:30 am.

Dated:  February 25, 2011　　　　　　　　　　//s/ Toni Carbone
　　　　　　　　　　　　　　　　　　　　　　TONI CARBONE
　　　　　　　　　　　　　　　　　　　　　　Attorney for defendant
　　　　　　　　　　　　　　　　　　　　　　Hoa Tasha Kelly

Dated:  February 25, 2011　　　　　　　　　　//s/ Robert Holley
　　　　　　　　　　　　　　　　　　　　　　ROBERT HOLLEY
　　　　　　　　　　　　　　　　　　　　　　Attorney for defendant
　　　　　　　　　　　　　　　　　　　　　　Teaona William

Dated: February 25, 2011　　　　　　　　　　/s/ Jean Hobler
　　　　　　　　　　　　　　　　　　　　　　JEAN HOBLER
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the date for the status conference of defendants Hoa Tasha Kelly and Teaona William be continued from February 28, 2011 to April 4, 2011. It is further ordered that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation, specifically the parties are working towards a resolution) and Local Code T4, and that time is excluded time from the date of the filing of the order until the date of the status conference, April 4, 2011 . The Court finds that the ends of justice outweigh

the interest of the public and defendants' interest in a speedy trial pursuant to the Speedy Trial Act.

DATED:  March 2, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE