```
Robert M. Holley (SBN 50769)
Attorney at Law
331 J Street, Ste. 200
Sacramento, CA 95814
Telephone: (916)443-2213


Counsel for TEAONA WILLIAMS
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:09-CR-422 WBS |
| | ) |
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] |
| | ) ORDER CONTINUING STATUS |
| v. | ) CONFERENCE |
| | ) |
| TASHA HOA KELLY and TEONA WILLIAMS, | ) |
| | ) |
| Defendant. | ) |

### REASONS FOR REQUEST

The parties hereto have been actively in the process of negotiating a settlement in this matter for the purpose of avoiding unnecessary expenditure of trial time for both the parties and the Court. Ms. Williams and her counsel have met with the Assistant United States Attorney along with the case agent and the results of that meeting are still being considered. It is requested that the matter be continued for status conference for an additional three weeks. This request for continuance is made by stipulation and proposed order to save the Court and the lawyers the unnecessary expenditure of court time.

**STIPULATION**

It is hereby stipulated by and between the parties hereto through their respective counsel that the status conference in the above-entitle case, presently set for Monday, April 4,2011 at 8:30 a.m. be continued without appearance, for the reasons set forth above, to **Monday, April 25, 2011 at 8:30 a.m.**

The parties further stipulate that time included in this continuance be excluded pursuant to the Speedy Trial Act, 18 U.S.C Section 3161 (h)(8)(B)(ii)(Local Codes T2 and T4) through April 25, 2011, in the interest of justice to allow the parties further time for preparation of this case and negotiation towards settlement.

**Dated: April 1, 2011**

*/s/ Robert M. Holley*
**ROBERT M. HOLLEY**
**Counsel for Ms. Williams**

*/s/ Toni Carboni (by RMH)*
**TONIE CARBONI**
**Counsel for Ms. Williams**

**BENJAMIN B. WAGNER**
**United States Attorney**

*/s/ Jean Hobler,(by RMH)*
**Ms. JEAN HOBLER**
**Assistant United States Attorney**
**Counsel for the United States**

**ORDER**

**GOOD CAUSE APPEARING**, and upon stipulation of the parties, it is hereby ordered that the status conference in the above entitled case,

1 presently scheduled for Monday, April 4, 2011 at 8:30 a.m. be continued
2 to **Monday, April 25, 2011 at 8:30 a.m.**

4 　　　It is further ordered that the time be excluded through April 25,
5 2011 pursuant to the Speedy Trial Act exclusion sections set forth in
6 the stipulation above.

8 　　　**Dated: April 4, 2011**

　　　　　　　　　　　_____
　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE